UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHESTER P. SOLING, individually and on behalf of all similarly situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN McCAIN; STUART STARKY; ERNEST HANCOCK, ET AL.,<br><br>　　　　　　　　Defendants. | CV 04-311-TUC-WDB<br><br><br>O R D E R |

　　At this Court's request, the Clerk's Office has randomly drawn another judge to preside over this case,

　　IT IS ORDERED that this case is **reassigned** to the **Honorable Cindy K. Jorgenson** for all further proceedings. In compliance with Local Rule 1.9(b), all future documents must carry the following case number and court designation:

　　　　　　　CV  04-311 TUC-CKJ

DATED this 8th day of July 2004.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN M. ROLL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　for  WILLIAM D. BROWNING
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

