FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 13 2004

CLERK U S DISTRICT COURT
DISTRICT OF A...
BY ___

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### [Civil Order - Minute Entry]

Date: **October 12, 2004**

| | |
|---|---|
| Case No. | **CV 04-0311-TUC-FRZ-CRP** |
| Title: | **CHESTER P. SOLING v. JOHN McCAIN, et. al.** |

### HONORABLE CHARLES R. PYLE

Proceedings:    ☐ Open Court    ☐ Chambers    ■ Other

The Court, having received Plaintiff's Motion for Preliminary Injunction (Docket # 18) and Defendants McCain and Kolbe's Motion to Dismiss (Docket #29);

**IT IS ORDERED** that a hearing on the Motion for Preliminary Injunction and the Motion to Dismiss is set for **FRIDAY, OCTOBER 29, 2004 AT 2:00 P.M.** before Magistrate Judge Charles R. Pyle, Courtroom 5F.

FRZ
CRP
Atty for Pltf: Leon Benjamin Silver, Esq.
Atty for Dfts McCain Kolbe: Michael Kennedy, Esq.
Atty for Dft Eva Bacal: Jeffrey Rogers, Esq.
Dft Stuart Starky: P.O.Box 22191, Phoenix, AZ 85028
Dft. Ernest Hankock: 5739 N. 11th Way, Phoenix, AZ 85014
Dft Jeffrey Chimene: 11525 E. Golf Links Road, Tucson, AZ 85739
Dft Tim Sultan: 2509 North Campbell Ave., Suite 211, Tucson, AZ 85719
Dft Randy Graf: 6810 East Broadway, Suite 102, Tucson, AZ 85710
Dft Robert Anderson: P.O.Box 662, Tonopah, AZ 85732

*Dangerfield*

(34)