FILED ___ LODGED
RECEIVED ___ COPY

OCT 28 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chester P. Soling,<br><br>    Plaintiff,<br><br>v.<br><br>John McCain, et. al.,<br><br>    Defendants. | CV-04-00311-TUC-FRZ(CRP)<br><br>**ORDER** |

The Court, having received pleadings from Defendants Anderson and Hancock lacking proper identification:

**IT IS ORDERED THAT** all pleadings, written motions and other papers shall state the signer's address and telephone number, if any, in compliance with the FED.R.CIV.P., Rule 11(a). Failure to comply with Rule 11(a) will not excuse any failure to respond or comply with orders issued by this Court. Nor will it be cause to fail to attend any hearings.

The addresses used to copy parties in this order have not been entered into the Court's distribution system. The parties who have not complied with Rule 11(a) will not be copied on any future Court orders or minute entries.

DATED this 27th day of October, 2004.

CHARLES R. PYLE
United States Magistrate Judge

1  FRZ
   CRP
2  Atty for Pltf: Leon Benjamin Silver, Esq.
   Atty for Dfts McCain Kolbe: Michael Kennedy, Esq.
3  Atty for Dft Eva Bacal: Jeffrey Rogers, Esq.
   Dft Stuart Starky: P.O.Box 22191, Phoenix, AZ 85028
4  Dft. Ernest Hankock: 5739 N. 11th Way, Phoenix, AZ 85014
   Dft Jeffrey Chimene: 11525 E. Golf Links Road, Tucson, AZ 85739
5  Dft Tim Sultan: 2509 North Campbell Ave., Suite 211, Tucson, AZ 85719
   Dft Randy Graf: 6810 East Broadway, Suite 102, Tucson, AZ 85710
6  Dft Robert Anderson: P.O.Box 662, Tonopah, AZ 85732

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -