UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

RECEIVED
NOV - 2 2004

DATE: 10/29/04

CASE NUMBER: CV 04-00311-TUC-FRZ(CRP)

CHESTER P. SOLING v. JOHN McCAIN, ET AL

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE   Judge #: 70BM

Plaintiff Soling's Attorney   Leon B. Silver

Attorney for Defendant McCain & Kolbe   Mark C. Danderfield

Attorney for Defendant Eva Bacal   Jeffrey J. Rogers

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION & DEFENDANT'S MOTION TO DISMISS COMPLAINT:**

The parties appeared for hearing on the plaintiff's motion for Preliminary Injunction [18-1] and Defendant McCain and Kolbe's Motion to Dismiss [29-1]. Plaintiff withdrew his motion for preliminary injunction as moot, but continues to pursue his request for a permanent injunction. Counsel argued the motion to dismiss, after which the court took the matter under advisement.

RECORDED by Selina Durazo
By: Selina Durazo
Deputy Clerk

